909 A.2d 803

**Harold Leroy HERR, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this matter.